# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148576

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                 SC:  148576
                                 COA:  318777
CYNTHIA ILENE FLEMING,
                                 Wayne CC:  13-001653-FC
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



s0325

Clerk